## Commonwealth *v.* Long, Appellant.

Submitted September 13, 1971.  *Anthony J. Urban,* Public Defender, for appellant; *W. Alan Williams,* Assistant District Attorney, and *Richard B. Russell,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Lukens, Appellant.

Argued September 16, 1971.  *Joseph I. Passon,* with him *Morris Passon,* for appellant; *Milton M. Stein,* Assistant District Attorney, with him *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.